# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DR. SHIV KUMAR, | : | |
| | | Case No. 3:11CV144 |
| Plaintiff, | : | |
| | | |
| -vs- | : | District Judge Thomas M. Rose |
| | | |
| ALDRICH CHEMICAL COMPANY, INC. | : | |
| | | |
| Defendants. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator.  The Court would request that a mediation be scheduled during the month of August, if possible but no later than the middle of September, 2012.

August 6, 2012                                                          *s/THOMAS M. ROSE*

                                                                                 Thomas M. Rose
                                                                                 United States District Judge